UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
WOJTASZEK, ANDRZEJ § Case No. 08-03843 MB
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE U.S. BANKRUPTCY COURT
        219 S. DEARBORN STREET
        CHICAGO, IL 60604
        Attn: Fiscal Department

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/18/2010 in Courtroom 250,

        United States Courthouse
        Old Kane County Courthouse
        100 S. Third Street, Geveva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
WOJTASZEK, ANDRZEJ § Case No. 08-03843 MB
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 16,703.76 |
| and approved disbursements of | $ | 11,399.71 |
| leaving a balance on hand of[1] | $ | 5,304.05 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                        *Proposed Payment*
_____           $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: THOMAS E. SPRINGER, TRUSTEE | $ 2,420.38 | $ 0.00 |
| Attorney for trustee: Thomas E. Springer | $ 2,506.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,939.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Casey Equipment Company | $ 37,772.74 | $ 216.34 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4 | American Express Travel Related Svcs Co | $ 2,511.34 | $ 14.38 |
| 6 | Preszemck Predkiewicz | $ 4,784.46 | $ 27.40 |
| 7 | LVNV Funding LLC | $ 10,861.18 | $ 62.21 |
| 8 | LVNV Funding LLC | $ 2,256.45 | $ 12.92 |
| 9 | Advanta Bank Corp | $ 2,575.29 | $ 14.76 |
| 10 | Caterpillar Financial Services Corp | $ 5,178.15 | $ 29.66 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ Thomas E. Springer /s/

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pseamann               Page 1 of 2                   Date Rcvd: Oct 27, 2010
Case: 08-03843                 Form ID: pdf006              Total Noticed: 38

The following entities were noticed by first class mail on Oct 29, 2010.
db           +Andrzej Wojtaszek,    670 Lake Cornish Way,     Algonquin, IL 60102-5029
aty          +Joshua D Greene,    Springer, Brown, Covey, Gaertner & Davis,     400 South County Farm Rd.,
               Suite330,    Wheaton, IL 60187-4547
aty          +Michele M Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Richard G Larsen,    Myler, Ruddy & McTavish,     105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3338
aty          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
tr           +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
11965159     +9 MT Road Bldg Materials,    & Top Soil,     606 Chestnut Street,    Waukegan, IL 60085-3804
12337520    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp,     c o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701)
12080892      American Express Travel,    Related Svcs Co Inc,     PO Box 3001,    Malvern, PA 19355-0701
12234374      American Express Travel Related Svcs Co,    Inc Corp Card,     c o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
11965162     +Atlas Bobcat, Inc.,    C/O Wolfe Wolfe & Ryd LLP,     20 N Wacker Dr, Ste 3550,
               Chicago, IL 60606-3187
11965166     +CCA,   700 Longwater Drive,    Second Floor,     Norwell, MA 02061-1624
11965167    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,     P.O. Box 9223,    Farmington, MI 48333-9223)
11965163     +Casey Equipment Company,    C/O Nigro & Westfall PC,     1793 Bloomingdale Road,
               Glendale Heights, IL 60139-3800
11965164      Casey Equipment Company, Inc.,    603 E. Algonquin Road,     Arlington Heights, IL 60005
12011316     +Caterpillar Financial Services Corp,    c/o Kevin C Driscoll Jr,     Barnes & Thornburg LLP,
               One North Wacker Dr Ste 4400,    Chicago, IL 60606-2833
11965165     +Caterpillar Financial Services Corp,    Attn: Tom Fox, Litigation Paralegal,
               2120 West End Avenue, 11th Floor,     Nashville, TN 37203-5251
12011317     +Caterpillar Financial Services Corp,    c/o Steven E Anderson,     Barnes & Thornburg LLP,
               One North Wacker Dr Ste 4400,    Chicago, IL 60606-2833
12414295     +Caterpillar Financial Services Corporation,     c/o Kevin C. Driscoll  Jr., Esq.,
               Barnes & Thornburg LLP,    1 N. Wacker Dr, Suite 4400,     Chicago, IL 60606-2833
11965169     +CitiCapital Commercial Corporation,    C/O IC Commercial Services,     5201 Congress Ave Ste 225,
               Boca Raton, FL 33487-3698
11965168     +Citibank / Sears,    Po Box 20363,    Kansas City, MO 64195-0363
11965170      Ford Motor Credit Company,    PO Box 6508,    Mesa, AZ 85216-6508
11965171     +Groot Recycling & Waste,    2500 Landmeier Rd.,     Elk Grove Village, IL 60007-2627
11965172     +Harris Bank N.A.,    C/O Kamm & Shapiro, Ltd,    318 W Adams Ste 1700,     Chicago, IL 60606-5100
11965174     +Johnson, Westra, Broecker,,    Whittaker & Newitt, P.C.,     380 S. Schmale Road, Ste. 102,
               Carol Stream, IL 60188-2790
11970488     +Mamax, Inc.,    c/o Adam J Augustynski,    5850 W Bryn Mawr Ave,     Chicago, IL 60646-6226
11965176     +Menard, Inc.,    C/O Friedman & Wexler, L.L.C.,     500 W. Madison St., Ste 2910,
               Chicago, IL 60661-4571
11965177      Mid America Bank,    55th & Holmes,    Clarendon Hills, IL 60514
11965178     +Nicor Gas,    C/O NCI Financial Systems Inc.,     Dept. 7500 - 1804 Washington Blvd,
               Baltimore, MD 21230-1700
11965181     +Preszemck Predkiewicz,    C/O Law Offices of Hugh D. Howard,     100 W. Monroe, #1300,
               Chicago, IL 60603-1909
11965180     +Rental Systems LLC,    1141 E Main St Ste 100,     Dundee, IL 60118-2440
11965183     +Sears/Citibank,    C/O GC Services Limited Partnership,     6330 Gulfton,    Houston, TX 77081-1108
11965184     +Truck Financial Corp,    225 E. Irving Park Rd,     Roselle, IL 60172-2004
The following entities were noticed by electronic transmission on Oct 27, 2010.
11965160      E-mail/Text: bkr@cardworks.com                           Advanta Bank Corp,    PO Box 30715,
               Salt Lake City, UT 84130-0715
11965161     +E-mail/Text: RBALTAZAR@ARMORSYS.COM                           Armor Systems Co,    1700 Kiefer Dr,
               Suite 1,    Zion, IL 60099-5105
12327198      E-mail/Text: resurgentbknotifications@resurgent.com                           LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,     Greenville, SC 29603-0587
11965179     +E-mail/Text: bankrup@nicor.com                           Nicor Gas,    1844 W. Ferry Rd.,
               Naperville, IL 60563-9600
11965182     +E-mail/Text: resurgentbknotifications@resurgent.com
               Resurgent Capital Service,    Attention: Bankruptcy Department,     Po Box 10587,
               Greenville, SC 29603-0587
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11965173      Intraco Builders, Inc.
aty*         +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
11965175    ##+Mamax, Inc.,    215 Park Street,    Bensenville, IL 60106-2556
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: pseamann          Page 2 of 2              Date Rcvd: Oct 27, 2010
Case: 08-03843                Form ID: pdf006         Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2010**                    **Signature:**    _Joseph Speetjens_